Case 4:16-cv-02139   Document 14   Filed in TXSD on 10/06/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM JOSEPH RESOURCES (M) STN BHD | § § § § | |
| Plaintiff, | § § | C.A. NO. 4:16-cv-02139 |
| VS. | § § | |
| CNA METALS LIMITED | § § | |
| Defendant. | § § | |

### ORDER CONFIRMING FOREIGN ARBITRATION AWARD AND ENTERING FINAL JUDGMENT IN FAVOR OF ADAM JOSEPH RESOURCES (M) STN BHD.

The Court, having reviewed Plaintiff, Adam Joseph Resources (M) Stn Bhd's Application To Confirm Foreign Arbitration Award ("Application") and Defendant, CNA Metals Limited's Original Answer and, after otherwise being fully advised in the premises of said Application, finds that the said Application is proper and that the arbitration award attached thereto should be confirmed. Accordingly, it is hereby ORDERED as follows:

1. Adam Joseph Resources (M) Stn Bhd's Application seeking confirmation of the Final Award On Costs in the amount of $66,534.17 in its favor against CNA Metals Limited, as attached to its Application, is hereby Confirmed;

2. Adam Joseph Resources (M) Stn Bhd is awarded judgment in the amount of $66,534.17 against Defendant, CNA Metals Limited; and,

3. Adam Joseph Resources (M) Stn Bhd shall have such writs and orders as shall become necessary to enforce the execution and satisfaction of this judgment.

Signed the 6th day of October, 2016.

_____
THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE